PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Christopher Perez | Case Number: SA-09-CR-472(1) FB |

Name of Sentencing Judicial Officer:   Honorable Fred Biery, Chief United States District Judge

Date of Original Sentence:   August 12, 2010, amended on April 11, 2011.

Original Offense:   Count One:  Access Device Fraud, in violation of 18 U.S.C. § 1029 (a)(1)

Original Sentence:   Time Served, three years supervised release and $59,087.42 in restitution.

Type of Supervision: Supervised Release        Date Supervision Commenced:   November 8, 2013

## PREVIOUS COURT ACTION

None.

## PETITIONING THE COURT

☐ To extend the term of supervision _____ years, for a total of _____ years.
☒ To modify the conditions of supervision as follows:

**The defendant shall pay the entire balance of restitution at the rate of no less than $300 per month beginning March 2014.  The Court imposed payments schedule shall not prevent statutory authorized collection efforts by the United States Attorney.  The defendant shall cooperate fully with the United States Attorney and the United States Probation Officer to make payments in full as soon as possible.**

Christopher Perez
SA-09-CR-472(1) FB
March 12, 2014
Page 2

## CAUSE

The offender is self-employed as an automobile mechanic, earning an average of $2,100 per month. After reviewing his finances, it is determined he can pay at least $300 per month. The offender has agreed with the payment schedule and has signed the attached waiver of Hearing to Modify Conditions of Probation/Supervised Release

Approved:

_____
Edna DeFrancesca
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5336

Respectfully submitted,

_____
Marivel Gonzales
U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5308
Date: March 12, 2014

cc: Thomas J. McHugh
   Assistant U.S. Attorney

   Suzan R. Contreras
   Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ None.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other _____

_____
Honorable Fred Biery
Chief U.S. District Judge

March 14, 2014
Date

PROB 49
(3/89)

# United States District Court
## Western District of Texas

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision.

**The defendant shall pay the entire balance of restitution at the rate of no less than $300 per month beginning March 2014. The Court imposed payments schedule shall not prevent statutory authorized collection efforts by the United States Attorney. The defendant shall cooperate fully with the United States Attorney and the United States Probation Officer to make payments in full as soon as possible.**

Witness: _____
U.S. Probation Officer

Signed: _____
Probationer or Supervised Releasee

2-29-14
Date